UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE POISSON,

Petitioner,

v.

JAMIE CORRIGAN,

Respondent.

Case No. 26-cv-10579

Honorable Robert J. White

# JUDGMENT

**The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on October 8, 2026:**

**(1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.**
**(2) A Certificate of Appealability is DENIED.**
**(3) Petitioner is GRANTED leave to appeal *in forma pauperis*.**

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

October 8, 2026

Approved: s/Robert J. White
Robert J. White
United States District Judge